RECEIVED
IN MONROE, LA
AUG 0 6 2007
my
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| RALPH M. WILSON AND MAXINE DEL CARMEN WILSON | * | CIVIL ACTION NO. 07-0297 |
| | * | JUDGE JAMES |
| VERSUS | | |
| | * | MAGISTRATE JUDGE HAYES |
| AMERISTAR CASINO VICKSBURG, INC., AND AMERISTAR CASINO, INC., TINICIA HILL AND SAFECO INSURANCE COMPANY OF AMERICA | | |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to dismiss for lack of personal jurisdiction or in the alternative to transfer venue [doc. no. 12] is DENIED.

THUS DONE AND SIGNED this 6 day of August, 2007, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE